UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHAO YING SUN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IKEA US WEST, INC,<br><br>　　　　　Defendant. | Case No.  15-cv-01146-MEJ   (NJV)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 28 |

Defendant IKEA US West, Inc., has filed a request that its representative, Lou Patrick, be allowed to appear at the settlement conference on April 7, 2016, via telephone. That request is HEREBY GRANTED.

The parties should note, however, that this court's Settlement Conference Standing Order provides in part as follows:

> Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with unlimited authority to negotiate a settlement. A person who needs to call another person not present before agreeing to any settlement does not have full authority.

Failure to abide by this order will result in appropriate sanctions.

**IT IS SO ORDERED**.

Dated: March 29, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge