UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAO YING SUN,<br><br>            Plaintiff,<br><br>    v.<br><br>IKEA US WEST, INC,<br><br>            Defendant. | Case No. 15-cv-01146-MEJ<br><br>**ORDER VACATING CMC AND ORDERING PARTIES TO MEET AND CONFER** |

This matter is scheduled for a Case Management Conference on May 5, 2016. Having reviewed the parties' joint statement, the Court VACATES the May 5 conference and ORDERS the parties to meet and confer in compliance with the undersigned's Discovery Standing Order regarding Defendant's request to reopen discovery for the limited purpose of conducting the depositions of two of Plaintiff's treating physicians. If able to agree, the parties shall file a stipulation to continue the discovery deadline, as well as any other pretrial and trial dates as may be appropriate. If unable to agree, the parties shall file a joint letter in compliance with the standing order.

**IT IS SO ORDERED.**

Dated: April 29, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge