IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K BUSTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF MECHANICS BANK, MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, MECHANICS BANK, a California Corporation,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 16-01146 WHA<br><br>**REQUEST FOR RESPONSE RE AMENDED COMPLAINT** |

　　　Plaintiff's response to defendants' motion to dismiss was due today.  In lieu of a response, plaintiff filed an amended complaint.  By **JUNE 1 AT NOON**, defendants shall please state whether their motion to dismiss should be denied as moot in light of the amended complaint or if they would prefer to continue with the pending motion as if directed to the amended complaint.  If defendants elect to continue with the pending motion, a new briefing schedule will be set, though the July 14 hearing date will remain in place.


Dated:　　May 27, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE