UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAO YING SUN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IKEA US WEST, INC,<br><br>　　　　　Defendant. | Case No. 15-cv-01146-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

　　　　On April 29, 2016, the Court vacated the scheduled Case Management Conference in light of the parties' Joint Case Management Statement, which indicated that Defendant intended to file a motion to re-open discovery.  Order Vacating CMC, Dkt. No. 33; Jt. Stmt., Dkt. No. 32.  No such motion has been filed, and the parties do not appear to have scheduled any further settlement conferences with Magistrate Judge Nandor Vadas.

　　　　Accordingly, **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on July 7, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

　　　　**IT IS FURTHER ORDERED** that by June 28, 2016, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  No chambers copy is required.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.  The Court notes that in their last Joint Case Management

1   Statement, Dkt. No. 32, the parties did not comply with the Court's Standing Order or Order for a

2   Case Management Statement (Dkt. No. 31).  The parties **must ensure** that their next statement

3   provides the required information in compliance with the Court's orders.

4       **IT IS SO ORDERED.**

6   Dated: June 14, 2016

7   _____
    MARIA-ELENA JAMES
8   United States Magistrate Judge